No. 80–6540.   LUNDY v. SALCINES, STATE ATTORNEY FOR HILLSBOROUGH COUNTY, FLORIDA.   C. A. 5th Cir.   Certiorari denied.

No. 80–6580.   ZARRILLI v. CAPITOL BANK & TRUST Co. ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 80–6581.   McDONALD v. DRAPER, JUDGE.   Sup. Ct. Tenn.   Certiorari denied.

No. 80–6583.   CONQUEST ET AL. v. HILTON ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–6589.   JIMENEZ v. TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 80–6593.   REITER v. CITY OF KEENE.   Ct. Civ. App. Tex., 10th Sup. Jud. Dist.   Certiorari denied.

No. 80–6594.   ALLEN v. CURRY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6595.   ALVAREZ v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 80–6596.   SCHELL v. WARREN.   Ct. App. Ga.   Certiorari denied.

No. 80–6601.   STEELE v. CORBITT ET AL.   C. A. 4th Cir. Certiorari denied.

No. 80–6602.   LaLANDE v. SPALDING ET AL.   C. A. 9th Cir. Certiorari denied.

No. 80–6605.   POWELL v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co.   C. A. 9th Cir.   Certiorari denied.

No. 80–6619.   HEFLIN v. FRANZEN, CORRECTIONS DIRECTOR, ET AL.   C. A. 7th Cir.   Certiorari denied.